UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PEGGY FARRICIELLI,

    Plaintiff,

  v.                                 CASE NO.: 2:17-cv-00369-UA-MRM

COMCAST CABLE
COMMUNICATIONS, LLC,

    Defendant.
_____/

## STIPULATION TO DISMISS

Pursuant to Rule 41(a)(1)(A)(ii), the parties, through counsel, hereby advise the Court that they have agreed to the dismissal of this action, with prejudice, and with each party to bear its own costs and fees.

| | |
|---|---|
| /s/*Daniel O. Mena* | /s/ *Sharina Romano* |
| Daniel O. Mena | Sharina T. Romano |
| Avila, Rodriguez, Hernandez, Mena & Ferri, LLP | Hyslip & Taylor, LLC, LPA |
| Counsel for Defendant | Counsel for Plaintiff |
| 2525 Ponce de Leon Blvd., Ste. 1225 | 1100 w. Cermark Rd., Ste. B410 |
| Coral Gables, FL  33134 | Chicago, IL  60608-4500 |
| Phone:  (305) 779-3575 | Phone:  (904) 853-3050 |
| Fax:  (305) 779-3561 | Fax:  (312) 361-3509 |
| dmena@arhmf.com | sromano@romfirm.com |

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 12, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served it on all counsel of record, including those on the Service List below.

                                                                           */s/ Sharina Romano*
                                                                            Sharina T. Romano