```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

PEGGY FARRICIELLI,

     Plaintiff,

v.                                   Case No:   2:17-cv-369-FtM-29MRM

COMCAST          CABLE
COMMUNICATIONS, LLC,

     Defendant.

---

### ORDER

This matter comes before the Court on the parties' Stipulation to Dismiss (Doc. #19) filed on November 12, 2019.  The parties have agreed to the dismissal of this case in its entirety, and a case is deemed dismissed upon the filing of such a stipulation. <u>Anago Franchising, Inc. v. Shaz, LLC</u>, 677 F.3d 1272 (11th Cir. 2012).

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that the Clerk is directed to terminate all previously scheduled deadlines and pending motions and close the case pursuant to the parties' stipulation.

    **DONE and ORDERED** at Fort Myers, Florida, this \_\_14th\_\_ day of November, 2019.

                                                   JOHN E. STEELE
                                                 SENIOR UNITED STATES DISTRICT JUDGE

Copies:   Counsel of Record